STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

Troy K. Flake
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company; MARORIE M. ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03083-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Williston Investment Group, LLC, by and through their undersigned attorneys, that the Federal Defendant will have until February 19, 2018, to answer or otherwise respond to Plaintiff Williston Investment Group, LLC's Complaint filed in District Court, Clark County, Nevada.

The Federal Defendant is diligently working to determine an appropriate response to the Complaint, but has been unable to do it within the normal time allowed for an answer.

//

//

//

//

1

Accordingly, the Parties stipulate and request an extension of time for the Federal Defendant to answer.

Dated this 19th day of December 2017.

| | |
|---|---|
| AYON LAW, PLLC | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Luis A. Ayon*<br>LUIS A. AYON, ESQ.<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148 | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 12-20-2017