DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company; MARORIE M. ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:17-cv-03083-GMN-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** <br><br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Williston Investment Group, LLC and Federal Defendant U.S. Department of Housing and Urban Development, that the Federal Defendant will have until March 20, 2018, to answer or otherwise respond to Plaintiff Williston Investment Group, LLC's Complaint. This is the Parties' second request for an extension of time.

The parties are engaged in settlement discussions which have the potential to resolve this matter and believe that additional time to consider pending settlement proposals is appropriate.

1

Accordingly, the Parties stipulate and request an extension of time until March 20, 2018 for the Federal Defendant to answer.

Dated this 20th day of February 2018.

| | |
|---|---|
| AYON LAW, PLLC | DAYLE ELIESON<br>United States Attorney |
| */s/ Luis A. Ayon*<br>LUIS A. AYON, ESQ.<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148 | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2-20-2018