| | |
|---|---|
| 1 | DAYLE ELIESON |
| | United States Attorney |
| 2 | District of Nevada |
| 3 | TROY K. FLAKE |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | Telephone: 702-388-6336 |
| | Email: *troy.flake@usdoj.gov* |

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company, | Case No. 2:17-cv-03083-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company; MARORIE M. ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **(Third Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Williston Investment Group, LLC and Federal Defendant U.S. Department of Housing and Urban Development, that the Federal Defendant will have until April 20, 2018, to answer or otherwise respond to Plaintiff Williston Investment Group, LLC's Complaint. This is the Parties' third request for an extension of time.

The parties are engaged in continued settlement discussions which have the potential to resolve this matter and believe that additional time to consider pending settlement proposals is appropriate.

1

Accordingly, the Parties stipulate and request an extension of time until April 20, 2018 for the Federal Defendant to answer.

Dated this 20th day of March 2018.

| AYON LAW, PLLC | DAYLE ELIESON |
| --- | --- |
| | United States Attorney |
| */s/ Luis A. Ayon* | */s/ Troy K. Flake* |
| LUIS A. AYON, ESQ. | TROY K. FLAKE |
| 8716 Spanish Ridge Avenue, Suite 115 | Assistant United States Attorney |
| Las Vegas, Nevada 89148 | |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:**   3-20-2018