DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company; MARORIE M. ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03083-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Williston Investment Group, LLC and Federal Defendant U.S. Department of Housing and Urban Development, that the Federal Defendant will have until June 20, 2018, to answer or otherwise respond to Plaintiff Williston Investment Group, LLC's Complaint. This is the Parties' fourth request for an extension of time.

The parties recognize that a fourth request for an extension of an answer date is unusual and are not seeking this request for purposes of delay. The parties are actively engaged in settlement discussions, including exchanging offers and counteroffers, which they believe will resolve this litigation. The parties require additional time to work out potential issues involving

1

financing, appraisals, and approval from the Department of Housing and Urban Development. The parties believe that additional time to consider pending settlement proposals is appropriate and will continue to work diligently on moving this matter forward.

Accordingly, the Parties stipulate and request an extension of time until June 20, 2018 for the Federal Defendant to answer.

DATED this 19th day of April, 2018.

| | |
|---|---|
| AYON LAW, PLLC | DAYLE ELIESON<br>United States Attorney |
| /s/ Luis A. Ayon<br>LUIS A. AYON, ESQ.<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 19, 2018