Luis A. Ayon, Esq.
Nevada Bar No. 9752
Reginald S. Thomas
Nevada Bar No. 14424
**Ayon Law, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: 702.600.3200
Facsimile:  702.447.7936
E-mail:     laa@ayonlaw.com
E-Mail:     rst@ayonlaw.com

*Attorneys for Plaintiff,*
*Williston Investment Group, LLC*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited laibility company,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company, MARJORIE M ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03083-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS**<br><br>**[First Request]** |

Williston Investment Group, LLC by and through its attorneys of record Luis A. Ayon, Esq. and Reginald S. Thomas, Esq. of the law firm Ayon Law, PLLC and Defendant U.S. Department of Housing and Urban Development by and through its attorneys of record United States Attorney Dayle Elieson, Esq. and Assistant U.S. Attorney Troy K. Flake, Esq. hereby submit this stipulation and proposed order to Extend Deadline to Respond to Motion to Dismiss in accordance with LR IA 6-1.

///

///

**The reasons why the Response was not filed as of the original Deadline:**

Counsel for Williston Investment Group, LLC requires further time to fully address the complex legal issues set forth in U.S. Department of Housing and Urban Development's Motion to Dismiss.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the current deadline scheduled for July 5, 2018, be extended until July 19, 2018.

This is the parties first request to extend the deadline. This request is not intended to cause any delay or prejudice to any party.

| AYON LAW, PLLC | UNITED STATES ATTORNEY |
|---|---|
| DATED July 5, 2018 | DATED July 5, 2018 |
| /s/ *Luis A. Ayon* | /s/ *Troy K. Flake* |
| LUIS A. AYON, ESQ. | DAYLE ELIESON, ESQ. |
| Nevada Bar No. 9752 | TROY K. FLAKE, ESQ. |
| REGINALD S. THOMAS, ESQ. | *Attorneys for Defendant,* |
| NEVADA BAR NO. 14424 | *U.S. Dept. of Housing and Urban* |
| *Attorneys for Plaintiff,* | *Development* |
| *Williston Investment Group, LLC* | |

**ORDER**

IT IS SO ORDERED.

Dated this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT