LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD S. THOMAS
NEVADA BAR NO. 14424
AYON LAW, PLLC
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: 702.600.3200
Facsimile: 702.447.7936
E-mail: laa@ayonlaw.com
E-Mail: rst@ayonlaw.com

*Attorneys for Plaintiff,*
*Williston Investment Group, LLC*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited laibility company,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company, MARJORIE M ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03083-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION FOR DISGORGEMENT AND SEQUESTRATION OF RENTS RECEIVED BY PLAINTIFF**<br><br>[First Request] |

Williston Investment Group, LLC ("Williston") by and through its attorneys of record Luis A. Ayon, Esq. and Reginald S. Thomas, Esq. of the law firm Ayon Law, PLLC and Defendant U.S. Department of Housing and Urban Development ("HUD" by and through its attorneys of record United States Attorney Dayle Elieson, Esq. and Assistant U.S. Attorney Troy K. Flake, Esq. hereby submit this stipulation and proposed order to Extend Deadline to Respond to Motion for Disgorgement and Sequestration of Rents Received by Plaintiff in accordance with LR IA 6-1.

///

///

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the current deadline scheduled for Williston's July 23, 2018, be extended until August 6, 2018.

This is the parties first request to extend the deadline. This request is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| **AYON LAW, PLLC** | **UNITED STATES ATTORNEY** |
| DATED July 23, 2018 | DATED July 5, 2018 |
| /s/ Luis A. Ayon | /s/ Troy K. Flake |
| LUIS A. AYON, ESQ. | DAYLE ELIESON, ESQ. |
| Nevada Bar No. 9752 | TROY K. FLAKE, ESQ. |
| REGINALD S. THOMAS, ESQ. | *Attorneys for Defendant,* |
| NEVADA BAR NO. 14424 | *U.S. Dept. of Housing and Urban* |
| *Attorneys for Plaintiff,* | *Development* |
| *Williston Investment Group, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

Dated this 24 day of July, 2018.

_____
UNITED STATES ~~DISTRICT~~ COURT

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200