LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD S. THOMAS
NEVADA BAR NO. 14424
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: 702.600.3200
Facsimile: 702.447.7936
E-mail: laa@ayonlaw.com
E-Mail: rst@ayonlaw.com

*Attorneys for Plaintiff,*
*Williston Investment Group, LLC*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited laibility company, <br><br>Plaintiff, <br><br>vs. <br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC, a Foreign Limited Liability Company, MARJORIE M ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br>Defendants. | Case No.: 2:17-cv-03083-GMN-VCF <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION FOR DISGORGEMENT AND SEQUESTRATION OF RENTS RECEIVED BY PLAINTIFF** <br><br>[Second Request] |

Williston Investment Group, LLC ("Williston") by and through its attorneys of record Luis A. Ayon, Esq. and Reginald S. Thomas, Esq. of the law firm Ayon Law, PLLC and Defendant U.S. Department of Housing and Urban Development ("HUD") by and through its attorneys of record United States Attorney Dayle Elieson, Esq. and Assistant U.S. Attorney Troy K. Flake, Esq. hereby submit this stipulation and proposed order to Extend Deadline to Respond to Motion for Disgorgement and Sequestration of Rents Received by Plaintiff in accordance with LR IA 6-1.

///

///

1

**Reasons why Enlargement is Necessary:**

Parties require more time to discuss possible settlement of the matter and believe the matter can be settled without incurring additional costs associated with responding to pleadings.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the current deadline scheduled August 6, 2018 for Williston's Response to HUD's Motion for Disgorgement and Sequestration of Rents Received by Plaintiff [ECF No. 18], be extended until August 20, 2018.

This is the parties second request to extend the deadline. This request is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| **AYON LAW, PLLC** | **UNITED STATES ATTORNEY** |
| DATED August 6, 2018 | DATED August 6, 2018 |
| /s/ *Luis A. Ayon* | /s/ *Troy K. Flake* |
| LUIS A. AYON, ESQ. | DAYLE ELIESON, ESQ. |
| Nevada Bar No. 9752 | TROY K. FLAKE, ESQ. |
| REGINALD S. THOMAS, ESQ. | *Attorneys for Defendant,* |
| NEVADA BAR NO. 14424 | *U.S. Dept. of Housing and Urban* |
| *Attorneys for Plaintiff,* | *Development* |
| *Williston Investment Group, LLC* | |

## ORDER

**IT IS SO ORDERED.**

Dated this 6th day of August, 2018.

_____
UNITED STATES MAGISTRATE COURT