# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company, | |
| Plaintiff, | 2:17-cv-03083-GMN-VCF |
| vs. | **ORDER** |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECONVEYANCE LLC; a Foreign Limited Liability Company; Marorie M. Roth, an individual, DOES I through; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Before the Court is the Motion for Disgorgement and sequestration of rents received by Plaintiff (ECF No. 18) filed on July 9, 2018. On August 6, 2018, the parties filed a Stipulation and Order to Extend Time to File Response to U.S. Department of Housing and Urban Development's Motion for Disgorgement and Sequestration of Rents Received by Plaintiff, which extends the deadline for Williston's response to HUD's motion (ECF No. 18) to August 20, 2018. (ECF NO. 25). To date, no response has been filed.

Accordingly,

IT IS HEREBY ORDERED that a hearing on Motion for Disgorgement and sequestration of rents received by Plaintiff (ECF No. 18) is scheduled for 11:00 AM, September 4, 2018, in Courtroom 3D.

DATED this 23rd day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE