LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com
*Attorneys for Plaintiff Williston Investment Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a California limited laibility company,<br><br>Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; a federal entity; CAL-WESTERN RECOVENYANCE LLC, a Foreign Limited Liability Company, MARJORIE M. ROTH, an individual, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-03083-GMN-VCF<br><br>**JOINT MOTION TO CONTINUINE HEARING ON MOTION FOR DISGORGEMENTS AND SEQUESTRATION OF RENTS** |

  Williston Investment Group, LLC ("Williston") by and through its attorneys of record Luis A. Ayon of the law firm Ayon Law, PLLC and Defendant U.S. Department of Housing and Urban Development ("HUD") by and through its attorneys of record, United States Attorney Dale Elieson, Esq. and Assistant U.S Attorney Troy K. Flake, Esq. respectfully request that the Court continue the hearing on Motion for Disgorgement and Sequestration of Rents, presently scheduled for September 4th at the hour of 9:00 a.m., in accordance with L.R. IA 6-1 for at least 30 days.

  On August 23, 2018, the Court ordered (ECF #28) that the parties appear at a hearing on the United States' Motion for Disgorgement and Sequestration of Rents (ECF #18) on September 4th, 2018 at 11:00 a.m.

The parties respectfully request that the Court continue the hearing for at least 30 days. The parties have agreed in principle to settle this matter and are working out the terms of the settlement agreement. Despite the good-faith efforts of both sides, the parties need additional time to finalize the settlement agreement. Because the Motion to Disgorge will likely be rendered moot by settlement and in order to avoid expense and burden to both the parties and the Court, the parties respectfully request that this hearing be continued for at least 30 days.

| | |
|---|---|
| **AYON LAW, PLLC** | **UNITED STATES ATTORNEY** |
| DATED this 30th day of August, 2018 | DATED this 30th day of August, 2018 |
| */s/ Luis A. Ayon* | */s/ Troy K. Flake* |
| LUIS A. AYON, ESQ. | DALE ELIESON, ESQ. |
| Nevada Bar No. 9752 | TROY K. FLAKE, ESQ. |
| *Attorneys for Plaintiff Williston Investment Group, LLC* | *Attorneys for Defendant U.S. Dept. of Housing and Urban Development* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 30th day of August, 2018

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED THAT the hearing scheduled for September 4, 2018 at 11:00 AM, is VACATED and RESCHEDULED to 10:00 AM, October 4, 2018, in Courtroom 3D.